UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

LINNELL RICHMOND, JR,        )
                                  )
     Petitioner,            )
                                  )
v.                            )      Nos.:  3:23-CV-279-KAC-DCP
                                  )              3:95-CR-126-KAC-DCP-3
UNITED STATES OF AMERICA,  )
                                  )
     Respondent.          )

## JUDGMENT

Pursuant to the Court's "Memorandum Opinion and Order," the Court **DENIED** Petitioner's "Second-in-Time 2255 Motion" [Case No. 3:95-cr-126, Doc. 361; Case No. 3:23-cv-279, Doc. 1] and **DISMISSED** Petitioner's civil action. Accordingly, the Court **DIRECTS** the Clerk to **CLOSE** the civil action, Case No. 3:23-cv-279-KAC-DCP.

IT IS SO ORDERED.

                                    s/ Katherine A. Crytzer
                                    KATHERINE A. CRYTZER
                                    United States District Judge

ENTERED AS A JUDGMENT:
*s/ LeAnna R. Wilson*
CLERK OF COURT