UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:95-CR-126-TAV-DCP |
| | ) | |
| LINNELL RICHMOND, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This criminal matter is before the Court on the Report and Recommendation ("R&R") entered by United States Magistrate Judge Debra C. Poplin on August 31, 2026 [Doc. 394], recommending that the Court deny Defendant's *pro se* Motion to be Released on Bail Pending Resolution of the Matters Before the Court [Doc. 383] and Defendant's Motion for Release on Bail Pending Resolution of Motion for Relief Under Rule 60(b) [Doc. 384]. There have been no timely objections filed to the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(2).

After carefully reviewing the matter, the Court agrees with Judge Poplin's recommendation and reasoning, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 394]. Defendant's motions [Docs. 383, 384] are **DENIED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE